# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Michael Blas Rivera,

          Petitioner,

v.

Charles L. Ryan, et al.,

          Respondents.

No. CV-15-00586-PHX-DLR

**ORDER**

Pending before the Court is the Report and Recommendation ("R&R") of Magistrate Judge James F. Metcalf, (Doc. 26), regarding Petitioner Michael Rivera's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, (Doc. 1). The R&R recommends that the petition be denied and dismissed with prejudice. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (Doc. 26 at 40 (citing Fed. R. Civ. P. 72(b).) Rivera timely filed an objection on March 9, 2016. (Doc. 27.)

Rivera's objection states that "Petitioner is somewhat perplexed and confused about the Magistrate[']s report and recommendation. The Petitioner will simply object to the Magistrate[']s findings, and ask the District Court to both review his Writ and grant the Petitioner relief." (*Id.* at 2.) But the Court is obligated to review only those portions of the R&R to which Rivera specifically objects, *see* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the court must make a de novo determination of those portions of

1  the Report and Recommendation to which specific objections are made), and Rivera's
2  objection contains no analysis, cites no case law, and does challenge any specific portion
3  of the R&R.  Thus, the Court is relieved of its obligation to review the R&R and accepts
4  the Magistrate Judge's conclusions.  *See Sullivan v. Schriro*, No. CV-04-1517-PHX-
5  DGC, 2006 WL 1516005, at *1 (D. Ariz. May 30, 2006) (noting that "circuit courts
6  rightly hold that general objections to an R & R are tantamount to no objection at all").
7  Accordingly,

8  **IT IS ORDERED** that Magistrate Judge Metcalf's R&R, (Doc. 26), is
9  **ACCEPTED** and Rivera's petition for writ of habeas corpus, (Doc. 1), is **DENIED**.  In
10 addition, no certificate of appealability shall issue and Rivera is not authorized to appeal
11 in forma pauperis.  The Clerk shall terminate this action.

12 Dated this 20th day of April, 2016.

_____
Douglas L. Rayes
United States District Judge